IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ELSIE L. WILSON Personal** | * | Case No. 91102515 (MD) (1) |
| **Representative of the Estate of** | * | Case No. 93-3047 |
| **ROBERT E. WILSON,** | * | |
| **Now Deceased** | * | |
| | * | |
| **and** | * | |
| | * | |
| **ELSIE L. WILSON, Individually** | * | |
| **and as Surviving Spouse of** | * | |
| **ROBERT E. WILSON,** | * | |
| **Now Deceased** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| v. | * | |
| | * | |
| **AC&S, INC., et al.** | * | |
| | * | |
| **Defendants** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR SUBSTITUTION OF PARTIES

1.  Robert J. Wilson, in his capacity as Successor Personal Representative of the Estate of Robert E. Wilson, Plaintiff's decedent and David R. Favorite, in his capacity as Personal Representative of the Estate of Elsie L. Wilson, Plaintiff, move this Court for an Order substituting them as Plaintiffs in this action, without prejudice to the proceedings already had in this action and, as grounds therefore state as follows.

2.  On December 15, 1990, Robert E. Wilson, Plaintiff's decedent in the above matter, died. On March 25, 1991, Elsie L. Wilson was duly appointed Personal Representative of the Estate of Robert E. Wilson, deceased, by the Register of Wills for Harford County, Maryland.

3.  On December 9, 1991, Elsie L. Wilson, Plaintiff herein, died.

4.      On December 13, 1991, David R. Favorite was appointed Personal Representative of the Estate of Elsie L. Wilson, Personal Representative of the Estate of Robert E. Wilson and Surviving Spouse of Robert E. Wilson, now deceased, by the Register of Wills for Harford County, Maryland.

5.      On March 23, 1995, Robert J. Wilson was appointed Successor Personal Representative of the Estate of Robert E. Wilson, Plaintiff's decedent herein, by the Register of Wills for Harford County, Maryland.

5.      Robert J. Wilson. is duly qualified and is now acting as Successor Personal Representative of the Estate of Robert E. Wilson. and David R. Favorite is duly qualified and is now acting as Personal Representative of the Estate of Elsie L. Wilson.

6.      This is an action at law for personal injuries and therefore the claim has not been extinguished by the death of the Plaintiff.

**WHEREFORE,** Robert J. Wilson., Successor Personal Representative of the Estate of Robert E. Wilson and David R. Favorite,.Personal Representative of the Estate of Elsie L. Wilson request this Court to substitute them as Plaintiffs herein in place of Elsie L. Wilson.

                                                    /s/
                                    **EVE E. PRIETZ**
                                    **Bar No. 06071**
                                    **Law Offices of Peter G. Angelos**
                                    **A Professional Corporation**
                                    **5905 Harford Road**
                                    **Baltimore, Maryland 21214**
                                    **(410) 426-3200**

                                    **Attorney for Plaintiffs**

## STATEMENT OF AUTHORITIES

1. Federal Rules of Civil Procedure Rule 25.

2. United States District Court for the District of Maryland Local Rule 103 (b) and (c).

                                                        /s/
                                    **EVE E. PRIETZ**
                                    **Bar No. 06071**
                                    **Law Offices of Peter G. Angelos**
                                    **A Professional Corporation**
                                    **5905 Harford Road**
                                    **Baltimore, Maryland 21214**
                                    **(410) 426-3200**

                                    **Attorney for Plaintiffs**