IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ELSIE L. WILSON, Personal** | * | Case No. 91102515 (MD) (1) |
| **Representative of the Estate of** | * | Case No. 93-3047 |
| **ROBERT E. WILSON** | * | |
| **Now Deceased, et ux.** | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | |
| | * | |
| AC&S, INC., et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2006 a copy of Plaintiff's Motion for Substitution of Parties and Proposed Order which were electronically filed in this case on July 25, 2006, was mailed via first class mail, postage prepaid, to the following parties:

> John S. Cobb, Esquire
> North & Cobb
> 7313 York Road
> Towson, Maryland 21204
> Attorney for General Refractories Co.
>
> M. King Hill, III, Esquire
> Venable, LLP
> 210 Allegheny Avenue
> PO Box 5517
> Towson, Maryland 21204
> Attorney for Rapid American Corp.
>
> Geoffrey S. Gavit, Esquire
> Gavit & Datt
> 15850 Crabbs Branch Way, Ste. 180
> Rockville, Maryland 20850
> Attorney for J.H. France Refractories

Tom Radcliffe, Esquire
DeHay & Elliston, LLP
36 S. Charles Street,
13th Floor
Baltimore, Maryland 21201
Attorney for Viacom, Inc., Successor by Merger
    To CBS Corp.

Brady Edwards, Esquire
Edwards Burns & Krider, LLP
201 N. Charles Street, Ste. 1402
Baltimore, Maryland 21201
Attorney for Owens-Illinois Glass Co., Inc.

                        /s/
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**