IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELSIE L. WILSON, Personal Representative of the Estate of ROBERT E. WILSON, Now Deceased<br><br>and<br><br>ELSIE L. WILSON, Individually and as Surviving Spouse of ROBERT E. WILSON, Now Deceased<br><br>Plaintiffs<br><br>v.<br><br>AC&S, INC., et al.<br><br>Defendants | * Case No. 91102515 (MD) (1)<br>* Case No. 93-3047 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FILED ____ ENTERED
LODGED ____ RECEIVED

OCT 1 0 2006

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## ORDER

1. On Motion of Robert J. Wilson, for substitution in place of Elsie L. Wilson, Personal Representative of the Estate of Robert E. Wilson, now deceased, it appearing to the Court that the said Elsie L. Wilson was duly appointed Personal Representative of the Estate of Robert E. Wilson on March 25, 1991 by the Register of Wills for Harford County, Maryland; that Elsie L. Wilson died on December 9, 1991; that the claim asserted by her in this action was not thereby extinguished; and that Robert J. Wilson has been duly appointed Successor Personal Representative of the Estate of Robert E. Wilson, and is qualified and is acting as such.

2. On Motion of David R. Favorite, for substitution in place of Elsie L. Wilson, Surviving Spouse of Robert E. Wilson, now deceased, it appearing to the Court that the said Elsie L.

SCANNED

1

Case 1:93-cv-03047    Document 36    Filed 10/10/2006    Page 2 of 2

Wilson died on December 9, 1991; that the claim asserted by her was not thereby extinguished; and that David R. Favorite has been duly appointed Personal Representative of the Estate of Elsie L. Wilson, and is qualified and is acting as such.

**IT IS ORDERED,** that Robert J. Wilson, Successor Personal Representative of the Estate of Robert E. Wilson, be substituted as Plaintiff herein in the place of Elsie L. Wilson, Personal Representative of the Estate of Robert E. Wilson, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that David R. Favorite, Personal Representative of the Estate of Elsie L. Wilson, be substituted as Plaintiff herein in the place of Elsie L. Wilson, Surviving Spouse of Robert E. Wilson, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

_____ J.
JUDGE
James T. Giles

8/1/2006
Date